IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00200-CMA-KMT | Date: | September 30, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                          *Counsel:*

AVALON CONDOMINIUM ASSOCATION, INC.,    Wes Wollenweber

   Plaintiff,

v.

SECURA INSURANCE, A MUTUAL COMPANY,    Jennifer White

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:31 p.m.    Court in session.**

Court calls case. Appearances of counsel.

Also present, James Anderson, paralegal for Mr. Wollenweber.

Court states the underwriting manual will not be turned over to Plaintiff.

Discussion regarding Plaintiff's Motion to Compel and Defendant's responses to Plaintiff's requests for production [51-2].

**ORDERED:   Plaintiff's Motion to Compel Production of Documents & for Oral Hearing [51] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held in court.**

Discussion regarding extending case scheduling and supplemental disclosures.

**ORDERED:** **Defendant Secura Insurance, A Mutual Company's Motion to Amend the Scheduling Order [56] is GRANTED. The following deadlines are extended as follows:**
- **Affirmative Expert Disclosure – November 10, 2014.**
- **Rebuttal Expert Disclosures – November 30, 2014**
- **Discovery cutoff – January 15, 2015**
- **Dispositive Motions – January 31, 2015**
- **Telephonic Final Pretrial Conference is VACATED and RESET to March 31, 2015 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Court states its practice regarding discovery disputes.

**2:26 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:55

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.