IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00200-CMA-KMT | Date: | December 30, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| AVALON CONDOMINIUM ASSOCATION, INC., | Wes Wollenweber |
| | Robert Loree |
| Plaintiff, | |
| v. | |
| SECURA INSURANCE, A MUTUAL COMPANY, | Craig Cain |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**1:37 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding case scheduling and designation of experts.

**ORDERED:** **Unopposed Motion to Amend Scheduling Order and Prior Orders to Extend Discovery Deadline [81] is GRANTED.  Deadlines are extended as follows: Discovery cut off – February 13, 2015 ; and Dispositive Motions – March 13, 2015.**

**ORDERED:** **Telephonic Final Pretrial Conference is VACATED and RESET to May 12, 2015 at 9:30 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Discussion regarding depositions and the timeliness of disclosures.

**ORDERED:** Amended Motion to Strike Defendant's Second Supplemental Fed.R.Civ.P 26(a)(2)(B) Non-Retained Expert Witness Disclosures & to Quash Subpoenas to Related Individuals [75] is DENIED, for reasons stated on record.

**ORDERED:** The currently scheduled depositions of Mr. Albrecht, Mr. Gallardo, and Mr. Erickson shall proceed as noticed by the Defendant on January 5, 2015 with Mr. Wollenweber defending. To the extent Plaintiff wishes to obtain deposition testimony from any of the three witnesses related to qualifications pursuant to Fed. R. Evid. 702, Plaintiff may notice and take one further deposition of each witness at his expense within the extended discovery period. At Plaintiff's expense in this context means that the Plaintiff shall notice the deposition(s) and pay normal expenses of taking such a deposition. It does not mean that Plaintiff will pay any costs normally and traditionally paid by the party defending a deposition.

**2:01 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:24

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.