IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00200–CMA–KMT

AVALON CONDOMINIUM ASSOCATION, INC.,

    Plaintiff,

v.

SECURA INSURANCE, A MUTUAL COMPANY,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter is before the court on Plaintiff's various objections to Defendant's supplemental disclosures. (Doc. Nos. 116, 127, 134, 137, & 138.) It is unclear to the court whether Plaintiff is merely asserting a standing objection to Defendant's supplemental disclosures or, alternatively, is seeking affirmative relief from the court. To the extent Plaintiff simply intended to assert a standing objection to Plaintiff's supplemental discovery disclosures, the objections should not have been filed with the court. *See* Fed. R. Civ. P. 5(d).

    To the extent that Plaintiff seeks a court order through its objections, the objection should have been filed as motions. *See* Fed. R. Civ. P. 7(b)(1) (a request for court order must be made by motion). Further, even if the court could otherwise construe Plaintiff's objection as motions, the objections (Doc. Nos. 116, 127, 134, 137, & 138) are DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1(a)'s duty to confer. Finally, because the objections seek to preclude the use of the information contained in Defendant's supplemental disclosures at trial they likely should be refiled, if Plaintiff choses to do so, as motions in limine.

Dated: April 29, 2015