IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00200-CMA-KMT | Date: | May 12, 2015 |
| Courtroom Deputy: | Cathy Pearson | FTR: | Courtroom C-201 |

*Parties:*                                                                    *Counsel:*

AVALON CONDOMINIUM ASSOCIATION, INC.,      Wes Wollenweber
                                                                               Todd Lipscomb (by phone)

    Plaintiff,

v.

SECURA INSURANCE, A MUTUAL COMPANY,        Craig Cain

    Defendant.

**COURTROOM MINUTES**

**TELEPHONIC FINAL PRETRIAL CONFERENCE and MOTION HEARING**

**9:46 a.m.**        **Court in session.**

Court calls case. Appearances of counsel.

Discussion and review of the Proposed Final Pretrial Order.

Discussion held regarding Mr. Lipscomb's request to reset the Motion Hearing set for June 18, 2015. Counsel for Defendant does not object to resetting the Motion Hearing.

**ORDERED:**   The Motion Hearing set for June 18, 2015, is VACATED and RESET to June 25, 2015, at 1:30 p.m.

Trial Preparation Conference and trial dates will be set by District Judge Christine M. Arguello, and counsel are directed to contact her chambers immediately after this hearing.

**Final Pretrial Order is signed**.

Argument given and discussion held regarding Defendant Secura Insurance, a Mutual Company's Motion to Strike/Disallow Plaintiff's Endorsement of Peter Ridulfo as a "Bad Faith/Unreasonable Claims Handling" Expert (Doc. 112, filed 2/27/15).

The Court states findings.

**ORDERED**: Defendant Secura Insurance, a Mutual Company's Motion to Strike/Disallow Plaintiff's Endorsement of Peter Ridulfo as a "Bad Faith/Unreasonable Claims Handling" Expert (Doc. 112, filed 2/27/15) is DENIED as stated on the record.

**10:46 a.m.    Court in recess.**

Hearing concluded.
Total in-court time    01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.