IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00200-CMA-KMT | Date: | July 1, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                          *Counsel:*

AVALON CONDOMINIUM ASSOCATION, INC.,          Wes Wollenweber
                                                                 Robert Loree

    Plaintiff,

v.

SECURA INSURANCE, A MUTUAL COMPANY,          Craig Cain

    Defendant.

---

### COURTROOM MINUTES

---

**MOTION HEARING**

**1:20 p.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding Defendant's access to the property and Plaintiff's objection to an inspection by Defendant's engineer.

Court admonishes Plaintiff's counsel's behavior for not permitting Defendant access to the property.

**ORDERED:   Defendant Secura Insurance, a Mutual Company's Motion for Sanctions for Plaintiff's Failure to Comply with the Court's Order to Cooperate in Defendant's Request for Inspection and Respond to Defendant's Request to Supplement Plaintiff's Response to Defendant's Request for Production 19 [136] is GRANTED.  Plaintiff will not be permitted to present any evidence with respect to the leaks in the roof from May 22, 2013 to present, including the replacement of Building 7's roof.**

**1:50 p.m.**      **Court in recess.**
Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.