IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00200-CMA-KMT

AVALON CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

SECURA INSURANCE, a mutual company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice. (Doc. # 229.) The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: December 10, 2015

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge